LYNN HUBBARD III, SBN 69773
SCOTTLYNN J. HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK, SBN 083908
MATTHEW S. KENEFICK, SBN 227298
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3813
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant Highway 88 and 99 Land Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | CASE NO.     2:12-cv-00158-MCE-CKD |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | |
| ERNIE FEDERICO dba PERKO'S CAFE, et al. | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and Defendant, HIGHWAY 88 AND 99 LAND COMPANY, stipulate to and jointly request that this Court enter a dismissal with prejudice of Plaintiff's complaint against HIGHWAY 88 AND 99 LAND COMPANY in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2). By agreeing to the dismissal of this action, Defendant HIGHWAY 88 AND 99 LAND COMPANY does not release any claims which it has or may have in law or in equity against Defendant ERNIE FEDERICO dba PERKO'S CAFÉ, which claims are expressly reserved.

DATED:  March 27, 2012            DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard III
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

DATED:  March 27, 2012            JEFFER MANGELS BUTLER & MITCHELL LLP

/s/ Martin H. Orlick
MARTIN H. ORLICK
Attorney for Defendant HIGHWAY 88 AND 99 LAND COMPANY

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-00158-MCE-CKD, is hereby dismissed with prejudice in its entirety. It is expressly ordered that the dismissal of Plaintiff's claims against HIGHWAY 88 AND 99 LAND COMPANY applies only to Plaintiff's claims against said Defendant and shall not serve as a release or dismissal of HIGHWAY 88 AND 99 LAND COMPANY's claims in law or in equity against Defendant ERNIE FEDERICO dba PERKO'S CAFÉ. The Clerk of the Court is directed to close this case.

Dated:  July 31, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE